# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02033-BNB

DOYLE HOLT, SR.,

     Plaintiff,

v.

RALPH A. GAGLIARDI,

     Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 03 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 3, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02033-BNB

Jeremy Bueker
Attorney at Law
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___9/3/09___

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk