IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-02033-REB-KLM

DOYLE HOLT, SR.,

    Plaintiff,

v.

RALPH A. GAGLIARDI, Detective Sgt., Trinidad Police Department,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2009

GREGORY C. LANGHAM
               CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter is before me *sua sponte*. In accordance with my **Order** [#14], filed September 30, 2009,

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from defendant Ralph A. Gagliardi. If the Clerk is unable to obtain a waiver of service from Gagliardi, the United States Marshal shall serve a copy of the Original Complaint [#1-3], Amended Complaint [#1-5], Summons, and my Order [#14]. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Gagliardi or his counsel shall respond to the Amended Complaint [#1-5] as provided by the Federal Rules of Civil Procedure.

Dated October 1, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02033-REB-KLM

Doyle Holt, Sr.
Prisoner No. 73989
Arkansas Department of Corrections
PO Box 500
Grady, AR 71644

US Marshal Service
Service Clerk
Service forms for: Ralph A. Gagliardi

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Ralph A. Gagliardi: COMPLAINT DOCUMENT 1-3, AMENDED COMPLAINT DOCUMENT 1-5, ORDER FILED 9/30/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/1/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk